**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

LEGACY AVIATION GROUP, LLC and
PINNACLE MANAGEMENT GROUP, LLC,

     Plaintiffs,

vs.

STANISLAV SKRYPAY and ALINA
PLATONOVA,

     Defendants.

_____/

CASE NO.:

(Miami-Dade County Case No.:
2023-1710-CA-01

## <u>DEFENDANTS' NOTICE OF REMOVAL</u>

Defendants, Stanislav Skrypay ("Skrypay") and Alina Platonova ("Platonova") (collectively, "Defendants") by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Legacy Aviation Group, LLC and Pinnacle Management Group, LLC v. Stanislav Skrypay and Alina Platonova*, Case No. 2023-1710-CA-01 (the "State Court Action") to the United States District Court for the Southern District of Florida.  The Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is within the Southern District of Florida and within this division.  In support, the Defendants state as follows:

1.    Plaintiffs, Legacy Aviation Group, LLC ("Legacy") and Pinnacle Management Group LLC ("Pinnacle") (collectively, the "Plaintiffs") filed their Complaint against Defendants for Declaratory Relief (the "Complaint") on or about February 1, 2023, in the State Court Action.

2.    On or about February 28, 2023, Defendants, who reside in the Dominican Republic, received notice of the Complaint and Summons in the State Court Action through a Bailiff situated

in the Dominican Republic.[1]  Accordingly, this Notice of Removal is timely within 30 days of

service.  *See* 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court may be

removed to the appropriate federal district court where the federal court has original jurisdiction

over the action.  This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332 because this is

a civil action in which in the amount in controversy exceeds the sum or value of $75,000.00,

exclusive of interest and costs, and is between citizens of different states.

4.      Plaintiff Legacy is a citizen of the State of Wyoming.  *See* Complaint at ¶2.  Plaintiff

Pinnacle is a citizen of the State of Delaware.  *Id.* at ¶3.  Defendants are Ukrainian nationals

residing in the Dominican Republic.  *Id.* at ¶4.

5.      Accordingly, there is complete diversity of citizenship between all Plaintiffs and

Defendants.  "Defendants may remove an action on the basis of diversity off citizenship if there is

complete diversity between all named plaintiffs and all named defendants, and no defendant is a

citizen of the forum State."  *Lincoln Prop Co. v. Roche,*  546 U.S. 81, 84 (2005).

6.      Plaintiffs' Complaint in the State Court Action is an action seeking declaratory

judgment with respect to the determination of the rights and disposition of approximately

$228,000.00, currently being held in trust by Plaintiffs' counsel.  *See* Compl., ¶1.

7.      "The value of injunctive or declaratory relief for amount in controversy purposes is

the monetary value of the object of the litigation that would flow to the plaintiffs if the injunction

were granted."  *Leonard v. Enterprise Rent a Car,* 279 F. 3d 967, 973 (11th Cir. 2002); *see also*

---

[1] Defendants dispute the validity of whether said notice constituted valid service of process and
reserve all rights associated with challenging same.  Nevertheless, the instant filing is being made
in an abundance of caution in an abundance of caution to comply with the time limits set forth by
28 U.S.C. § 1446(b).

2

*Ericsson GE Mobile Communications, Inc. v. Motorola Communications & Elec.*, *Inc.*, 120 F. 3d 216, 218 (11th Cir. 1997). The amount in controversy is "the value of the relief being sought by Plaintiff in its complaint." *Viacom, Inc. v. Zebe,* 882 F. Supp. 1063, 1065 (S.D. Fla. 1995).

8.      Thus, as there is complete diversity of citizenship amongst the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, the District Court, pursuant to 28 U.S.C. § 1332(a), has original jurisdiction over this matter.

9.      The Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dae County, Florida, is located within the Southern District of Florida and within this division. As such, venue is proper in the Southern District of Florida, Miami Division.

10.      In accordance with 28 U.S.C. §1446(a), the Defendants have contemporaneously filed copies of all process, pleadings and orders served on Defendants in the State Court Action. Copies of these documents are attached hereto as **Composite Exhibit "1."**

11.      In accordance with 28 U.S.C. § 1446(d), the Defendants have contemporaneously filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida. A true and correct copy of the Notice of Filing Notice of Removal filed with the State Court is attached hereto as **Exhibit "2."**

12.      The Defendants have also served a copy of this Notice of Removal upon the Plaintiffs and all counsel of record. A true and correct copy of the Notice to Plaintiffs is attached hereto as **Exhibit "3."**

13.      Defendants expressly reserve the right to state additional grounds for removal and to provide such additional evidence as may be required to support the grounds asserted in this Notice of Removal.

WHEREFORE, Defendants, Skrypay and Platonova, respectfully request that the State Court Action be removed from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Defendants*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/David H. Haft*
David H. Haft
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

4

Exhibit 1

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>Legacy Aviation Group, LLC, Pinnacle Management Group, LLC</u>
Plaintiff                                                    Case # _____
                                                             Judge  _____

vs.
<u>Stanislav Skrypay, Alina Platonova</u>
 Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☐ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☐ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION: [   ]**
(Specify)

  1

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☐ yes
    ☒ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Allison L Friedman       Fla. Bar # 55336
      Attorney or party            (Bar # if attorney)

Allison L Friedman         02/01/2023
  (type or print name)         Date

- 3 -

Case 1:23-cv-21199-KMM   Document 1   Entered on FLSD Docket 03/27/2023   Page 9 of 32

[x]  IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-
     DADE COUNTY, FLORIDA
[ ]  IN THE COUNTY COURT IN AND FOR MIAMI COUNTY, FLORIDA

| | |
|---|---|
| LEGACY AVIATION GROUP, LLC and<br>PINNACLE MANAGEMENT GROUP, LLC, | ) CASE NO: 23-1710-CA-01<br>)<br>) GENERAL JURISDICTION DIVISION |
| Plaintiffs, | )<br>) CLOCK IN |
| v. | )<br>) **SUMMONS** |
| STANISLAV SKRYPAY and ALINA<br>PLATONOVA, | )<br>)<br>) |
| Defendants. | )<br>) |

**To Defendant:**   **ALINA PLATONOVA**
                    **Edifico 15, Apt. 2802**
                    **Los Altos-Casa de Campo**
                    **La Romana 2000**
                    **Dominican Republic**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).
If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

**Miami-Dade County Courthouse**
**73 West Flagler Street**
**Miami, Florida 33130**
**(Additional Court locations are printed on the third page of this form)**

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.
Plaintiff/Plaintiff's Attorney:        **ALLISON L. FRIEDMAN, ESQ.**
                                       **ALLISON L. FRIEDMAN, P.A.**
                                       **20533 Biscayne Blvd., Suite 4-435**
                                       **Aventura, Florida 33160**
                                       **(305) 905-2679**
TO EACH SHERIFF OF THE STATE OF FLORIDA; You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named defendant.

LUIS G. MONTALDO                              217043
CLERK AD INTERIM          BY: _____     DATE : _2/8/2023_
                              Deputy Clerk              COURT SEAL

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene veinte (20) dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Exiten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff / plaintiff attorney" (demandante o abogado del demandante).

**IMPORTANT**

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent., et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les serrvices immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

2

## ADDITIONAL COURT FACILITIES

**North Dade Justice Center**
15555 Biscayne Boulevard
Miami, Florida 33160

**Caleb District Court**
Caleb Center
5400 NW 22nd Ave., Suite 205
Miami, Florida 33142

**Coral Gables District Court**
3100 Ponce de Leon Blvd., Suite 100
Coral Gables, Florida 33134

**Hialeah District Court**
11 E. 6th Street,
Hialeah, Florida 33010

**Miami Beach District Court**
225 Washington Ave.
Miami Beach, Florida 33139

**South Dade Justice Center**
10710 SW 211th Street, Suite 1200
Miami, Florida 33189

# MIAMI-DADE

PURSUANT TO ADMINISTRATIVE ORDER ALL COMMUNICATIONS NOTICING COURT PROCEEDINGS SHALL INCLUDE THE LANGUAGE STATED BELOW IN ENGLISH, CREOLE, FRENCH AND SPANISH.

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ADA COORDINATOR AT MIAMI-DADE COUNTY COURTHOUSE, 73 WEST FLAGLER STREET, ROOM 200, MIAMI, FLORIDA, 33130, TELEPHONE 305-349-7202, email COCJURYADA@MIAMIDADE.GOV201 OR TELEPHONE VOICE/TDD 711 NOT LATER THAN FIVE BUSINESS DAYS PRIOR TO SUCH PROCEEDING.

Dapre ako ki fet avek American With Disabilities Act, tout moun ki ginyin yun bezwen espesiyal lpou akomodasiyon pou yo patisipe nan pwogram sa-a dwe, nan yun tan resonab gvan ninpot aranjman kapab fet, yo dwe kontakte Adminstrative Office of the Court, ki nan nimero Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130, telehon nan se (305) 349-7292; (T.D.D.) 711 an pasan pa Florida Relay Service.

En accordance avec la Loi de "Americans With Disabilities", Les personas en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130 le telephone (305) 349-7292 ou (TDD) 711.

De acuerdo con el Acto o Decreto de los Americanos con Impedimentos, Inhabilitados, personas en necesidad del servicio especial para participar en este procedimiento deberan, detro de un tiempo razonable antes de cualquier procedimiento, ponerse en conacto con la oficina Administrativa de la Corte,  Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130,Telefono (305) 349-7292 (TDD), 711.

[x]   IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA
[ ]   IN THE COUNTY COURT IN AND FOR MIAMI COUNTY, FLORIDA

| | |
|---|---|
| LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, | CASE NO: 23-1710-CA-01 |
| | GENERAL JURISDICTION DIVISION |
| Plaintiffs, | |
| | CLOCK IN |
| v. | |
| | **SUMMONS** |
| STANISLAV SKRYPAY and ALINA PLATONOVA, | |
| | |
| Defendants. | |

**To Defendant:**   **STANISLAV SKRYPAY**
**Edifico 15, Apt. 2802**
**Los Altos-Casa de Campo**
**La Romana 2000**
**Dominican Republic**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

**Miami-Dade County Courthouse**
**73 West Flagler Street**
**Miami, Florida 33130**
**(Additional Court locations are printed on the third page of this form)**

You must also mail or take a copy of your written responses to the "Plaintiff/Plaintiff's Attorney" named below.

Plaintiff/Plaintiff's Attorney:   **ALLISON L. FRIEDMAN, ESQ.**
**ALLISON L. FRIEDMAN, P.A.**
**20533 Biscayne Blvd., Suite 4-435**
**Aventura, Florida 33160**
**(305) 905-2679**

TO EACH SHERIFF OF THE STATE OF FLORIDA; You are commanded to serve this Summons and a copy of the Complaint of this lawsuit on the above named defendant.

LUIS G. MONTALDO
CLERK AD INTERIM          BY: _____          DATE : 2/8/2023
                217043
                              Deputy Clerk                              COURT SEAL

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias contados a partir del recibo de esta notificacion para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero de caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Exiten otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "plaintiff / plaintiff attorney" (demandante o abogado del demandante).

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent., et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les serrvices immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

## ADDITIONAL COURT FACILITIES

**North Dade Justice Center**
15555 Biscayne Boulevard
Miami, Florida 33160

**Caleb District Court**
Caleb Center
5400 NW 22nd Ave., Suite 205
Miami, Florida 33142

**Coral Gables District Court**
3100 Ponce de Leon Blvd., Suite 100
Coral Gables, Florida 33134

**Hialeah District Court**
11 E. 6th Street,
Hialeah, Florida 33010

**Miami Beach District Court**
225 Washington Ave.
Miami Beach, Florida 33139

**South Dade Justice Center**
10710 SW 211th Street, Suite 1200
Miami, Florida 33189

# MIAMI-DADE

PURSUANT TO ADMINISTRATIVE ORDER ALL COMMUNICATIONS NOTICING COURT PROCEEDINGS SHALL INCLUDE THE LANGUAGE STATED BELOW IN ENGLISH, CREOLE, FRENCH AND SPANISH.

IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT OF 1990 (ADA), DISABLED PERSONS WHO, BECAUSE OF THEIR DISABILITIES, NEED SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT THE ADA COORDINATOR AT MIAMI-DADE COUNTY COURTHOUSE, 73 WEST FLAGLER STREET, ROOM 200, MIAMI, FLORIDA, 33130, TELEPHONE 305-349-7202, email COCJURYADA@MIAMIDADE.GOV201 OR TELEPHONE VOICE/TDD 711 NOT LATER THAN FIVE BUSINESS DAYS PRIOR TO SUCH PROCEEDING.

Dapre ako ki fet avek American With Disabilities Act, tout moun ki ginyin yun bezwen espesiyal lpou akomodasiyon pou yo patisipe nan pwogram sa-a dwe, nan yun tan resonab gvan ninpot aranjman kapab fet, yo dwe kontakte Adminstrative Office of the Court, ki nan nimero Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130, telehon nan se (305) 349-7292; (T.D.D.) 711 an pasan pa Florida Relay Service.

En accordance avec la Loi de "Americans With Disabilities", Les personas en besoin d'une accommodation speciale pour participer a ces procedures doivent, dans un temps raisonable, avant d'entreprendre aucune autre demarche, contacter l'office administrative de la Court situe au Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130 le telephone (305) 349-7292 ou (TDD) 711.

De acuerdo con el Acto o Decreto de los Americanos con Impedimentos, Inhabilitados, personas en necesidad del servicio especial para participar en este procedimiento deberan, detro de un tiempo razonable antes de cualquier procedimiento, ponerse en conacto con la oficina Administrativa de la Corte,  Miami-Dade County Courthouse, 73 West Flagler Street, Room 200, Miami, Florida, 33130,Telefono (305) 349-7292 (TDD), 711.

4

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.

LEGACY AVIATION GROUP, LLC and
PINNACLE MANAGEMENT GROUP, LLC,

      Plaintiff,

v.

STANISLAV SKRYPAY and ALINA
PLATONOVA,

      Defendant.

COMPLAINT FOR DECLARATORY
RELIEF

Fla. Bar No. 0055336

Plaintiffs, LEGACY AVIATION GROUP, LLC ("LEGACY") and PINNACLE MANAGEMENT GROUP, LLC ("PINNACLE"), files this, their Complaint against STANISLAV SKRYPAY and ALINA PLATONOVA, seeking a declaratory judgment and other relief from the pursuant to Sections 86 and 319, Florida Statutes, and alleges as follows:

1.    This is an action requesting declaratory judgment and other relief involving the rights to and disposition of funds in excess of $200,000.,00 being held in trust by counsel for Plaintiff.

2.    Plaintiff, LEGACY, is a Wyoming limited liability corporation.

3.    Plaintiff, PINNACLE, is a Delaware limited liability corporation.

4.    Defendants are Ukrainian nationals residing in the Dominican Republic.

5.    On or about December 6, 2021, LEGACY and Defendants entered into an Acquisition Agreement, a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

6.    Pursuant to the terms of the Acquisition Agreement, jurisdiction and venue is proper in Miami, Florida.

7.    On or about December 6, 2021, LEGACY and Defendants also executed the Side Letter, a copy of which is attached hereto as Exhibit "B" and incorporated herein by reference.

ᵢCase No.

8.  Subsequent thereto, Defendants made numerous debit card payments to LEGACY through PINNACLE's merchant account totaling in excess of $228,000.00. PINNACLE subsequently remitted the payments to LEGACY.

9.  On or about October 4, 2022, Defendants cancelled the Acquisition Agreement and requested a refund of any unused portion of the deposit to be transferred to a bank account in Panama.

10.  On or about October 4, 2022, LEGACY attempted to send the refund via wire transfer on two (2) separate occasions to the designated account in Panama. However, the wire transfers were rejected and after the second attempt to send the wire transfer to Defendants' bank account, LEGACY's bank froze LEGACY's bank accounts and denied LEGACY access to its accounts. LEGACY's bank further advised that the wire transfers were rejected due to an issue with Defendants' bank account and that Defendants would have to contact their bank to determine why the wire was rejected.

11.  LEGACY communicated this to Defendants and in response, on or about October 10, 2022, Defendant, STANISLAV SKRYPAY, accused LEGACY of using Defendants' money in a fraudulent manner and threatening to make public allegations to additional third parties in an effort to slander LEGACY. Notably missing from the communication was any explanation as to the reason why the wires had been rejected.

12.  As a result of Defendants' failure to provide any information concerning the rejected wires and subsequent allegations, as well as advice received by LEGACY's bank, counsel and law enforcement that in the event that Defendants' bank account in Panama is associated with any unlawful activity, LEGACY could risk exposure if it wires the refund to that account, LEGACY deposited the remaining balance of $200,709.08 with its corporate counsel in California to be held in trust until the matter could be resolved.

2

Case No.

13.    At the same time, LEGACY had its corporate counsel prepare a legally binding agreement between LEGACY and Defendants that would formally terminate the Acquisition Agreement and business relationship between the parties so that if the funds were ultimately wired to the Panama account, the transaction would be fully documented.

14.    On or about October 17, 2022, LEGACY's corporate counsel forwarded a draft of the termination agreement to Defendants' counsel located in the Dominican Republic and confirmed that sufficient funds were being held in trust to resolve the issue.

15.    Following negotiations as to the terms, a final settlement agreement for each Defendant was approved by the parties that required both a notary and Apostille to witness Defendants' signatures to be accepted as valid and binding in the United States, Dominican Republic and Ukraine.

16.    On or about October 19, 2022, Defendants' counsel was provided with a finalized copy of the settlement agreements and relied upon to obtain a properly executed copy from Defendants. However, Defendants' counsel not only failed to produce an executed copy of the settlement agreements from Defendants, but instead, on or about November 1, 2022, delivered draft settlement agreements in Spanish that contained material mistakes and in such a form that was not acceptable to LEGACY.

17.    As a result, LEGACY was forced to engage counsel in the Dominican Republic. In order to make the settlement agreements legally binding in the United States, Dominican Republic and Ukraine, LEGACY's counsel in the Dominican Republic drafted dual language agreements and on or about November 1, 2022, delivered the new dual language agreements to Defendants' counsel.

18.    After a few more days of negotiation, on or about November 7, 2022, Defendants' counsel provided its own version of the dual language agreements and advised Defendants would only execute those versions.

3

·Case No.

19.    The parties continued to communicate until Defendants' counsel ultimately advised that Defendants would not be signing the settlement agreements.

20.    Subsequent thereto, Defendants made false criminal claims against in the Dominican Republic causing LEGACY's executive to be falsely arrested and detained for three (3) days.

21.    Defendants have also falsely disputed the charges to PINNACLE's credit card processor causing damage to PINNACLE, knowing that the funds are not being used by PINNACLE or LEGACY but rather being held in trust by LEGACY's counsel.

22.    Plaintiffs have also incurred extensive legal fees as a result of Defendants' actions that should be credited against the deposit.

23.    As a result, there is a bona fide dispute about how to properly disburse the deposited funds to Defendants' as well as the amount that Plaintiffs are entitled to deduct as a result of the fees incurred/do to Defendants' actions.

24.    Plaintiff is in need of a court order determining each party's rights to the funds and proper disposition of same in order to protect itself from any further liability.

25.    Plaintiff has a justiciable question as to the existence or nonexistence of Plaintiffs' right to any or all of a portion of the deposit and any duties to remit the balance to Defendants given the restrictions to the bank account provided and exposure to Plaintiffs.

26.    Plaintiff is in doubt as to the amounts of the claim and/or refund.

27.    There is a bona fide, actual, present need for the declaration.

28.    Plaintiff has performed all conditions precedent or same have otherwise been waived.

WHEREFORE, Plaintiffs, LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, request that this Court enter a judgment for declaratory relief instructing Plaintiffs on the amount and manner in which to dispose of the funds being held in trust by Plaintiff's counsel and such further relief as the Court deems proper.

Case No.

DATED this 31st day of January, 2023.

By: s/ Allison L. Friedman
   ALLISON L. FRIEDMAN, ESQ.
   ALLISON L. FRIEDMAN, P.A.
   20533 Biscayne Boulevard, Suite 4-435
   Aventura, Florida 33180
   (305) 905-2679 (Telephone)
   (305) 692-9387 (Facsimile)
   Ralfriedman@hotmail.com





EXHIBIT "A"

ACTO NO. _284/2023_

En _la ciudad de la Romana_ ,República Dominicana, a _los veintiocho_ ( _28_ ) días del mes de _Febrero_ del año dos mil veintitrés (2023).--------

**ACTUANDO** a requerimiento de **LEGACY AVIATION GROUP LLC,** y **PINNACLE MANAGEMENT GROUP, LLC,** ambas con domicilio en los Estados Unidos de América; debidamente representadas por **ANDREW JOHN BACIK,** de nacionalidad americana, mayor de edad, portador del Pasaporte No. 549875218, con domicilio en la calle Los Autos No. 91802, Casa de Campo La Romana, Higüey ,Provincia La Altagracia; quienes tienen como abogados constituidos y apoderados especiales a la **DRA. CÁRMEN JÉRICA RODRÍGUEZ ARREDONDO,** y el **LICDO. JOSE ISRAEL MORETA** dominicanos, mayores de edad, Abogados de los Tribunales de la República Dominicana, portadores y titulares de las Cédulas de Identidad y Electoral números, 001-1701981-0 y 223-0030488-2 respectivamente, ambos con domicilio y residencia en esta ciudad de Santo Domingo de Guzmán, Distrito Nacional, capital de la República Dominicana, con estudio profesional abierto en común en la oficina de abogados "**Oficina Rodríguez Arredondo y Asociados Ora y Asesores Legales, S.R.L.** " ubicado en la Avenida 27 de febrero No. 495, Torre, Fórum, Local 5E, de la ciudad Santo Domingo de Guzmán, Distrito Nacional, capital de la República Dominicana, teléfono: (809) 620-2690; correos: jrodriguez@oralaw.com y jmoreta@oralaw.com, lugar donde mis requeridores hacen y mantiene formal elección de domicilio para todos los fines y consecuencias legales del presente acto; ------------------------------------------------------------------------------------------------------

YO,_____

ENGELS JOEL MERCEDES GONZALEZ
Alguacil Ordinario del Juzgado de Trabajo
del Distrito Judicial La Romana
026-0110920-6
Residencial Manzana 21, #40
Ensanche Quisqueya, La Romana, Rep. Dom.

**EXPRESAMENTE,** y en virtud del anterior requerimiento, **ME HE TRASLADADO,** dentro de mi jurisdicción: **UNICO:** Al Edificio 15, Apartamento 2802, Los Altos-Casa de Campo, La Romana 2000, República Dominicana; que es donde tienen su domicilio los señores **STANISLAV SKRYPAY** y **ALINA PLATONOVA** y una vez allí, hablando personalmente con _Stanislau Skrypay_ quien me dijo ser _la persona_ de mis requeridos.

**LE HE NOTIFICADO** a mis requeridos **STANISLAV SKRYPAY** y **ALINA PLATONOVA** lo siguiente: ----------------------------------------------------------------------------------------------------------

1

**PRIMERO:** Que se le notifica a través del presente acto, la Demanda interpuesta en su contra en el Circuito Judicial No. 11 del Condado de Miami, Florida; por parte de las entidades demandantes **LEGACY AVIATION GROUP LLC,** y **PINNACLE MANAGEMENT GROUP, LLC.,** acto al cual se anexa la referida demanda y los documentos que la sustentan.

**SEGUNDO:** Que luego de notificado el presente acto, los requirentes **STANISLAV SKRYPAY y ALINA PLATONOVA,** cuentan con un plazo de 20 días calendarios, para presentar una respuesta por escrito a la Demanda adjunta al presente acto, ante el secretario del **TRIBUNAL DEL CIRCUITO JUDICIAL 11° PARA EL CONDADO DE MIAMI-DADE, FLORIDA,** ubicado, ubicado en el Palacio de Justicia del Condado de Miami-Dade, 73 Oeste de la calle Flagler, Miami, Florida 33130. Convocatoria que igual se anexa al presente acto.

Y para que mis requeridos **STANISLAV SKRYPAY y ALINA PLATONOVA,** no pretendan alegar ignorancia o desconocimiento del presente acto, así se lo **HE NOTIFICADO,** dejando en manos de las personas con quienes dije haber hablado en lugar de mi traslado, dejándoles copia fiel y conforme al original del presente acto, el cual consta de treinta y seis (36) hojas, las primeras veintiséis (26) correspondientes a la referida Demanda, las siguientes ocho (8) correspondientes a las Convocatorias para respuesta y las dos (2) restantes al cuerpo del presente acto, todas firmadas, selladas y rubricadas, por mí, alguacil que **CERTIFICO Y DOY FE.**     **COSTO:** RD$_____



EL ALGUACIL

# Exhibit 2

IN THE ELEVENTH JUDICIAL CIRCUIT COURT IN AND FOR MIAMI-DADE, FLORIDA

CASE NO.: 2023-1710-CA-01

LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC,

     Plaintiffs,

vs.

STANISLAV SKRYPAY and ALINA PLATONOVA,

     Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING NOTICE
## OF REMOVAL TO FEDERAL COURT

Defendants, Stanislav Skrypay and Alina Platonova ("Defendants"), hereby give notice that they have filed a Notice of Removal in the United States District Court for the Southern District of Florida.  A copy of the Notice of Removal, without attachments, is attached hereto as **Exhibit "A."**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Defendants*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/ David H. Haft*
David H. Haft
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 27th day of March 2023, the foregoing document has been furnished pursuant to Fla. R. Jud. Admin. 2.516, via email through the Florida Court's E-Filing Portal to all Counsel and parties of record.

*/s/ David H. Haft*
David H. Haft

# EXHIBIT 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, | CASE NO.: |
| | (Miami-Dade County Case No.: |
| Plaintiffs, | 2023-1710-CA-01 |
| vs. | |
| STANISLAV SKRYPAY and ALINA PLATONOVA, | |
| Defendants. | |
| _____/ | |

**<u>DEFENDANTS' NOTICE OF REMOVAL</u>**

Defendants, Stanislav Skrypay ("Skrypay") and Alina Platonova ("Platonova") (collectively, "Defendants") by and through undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove the action currently pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Legacy Aviation Group, LLC and Pinnacle Management Group, LLC v. Stanislav Skrypay and Alina Platonova*, Case No. 2023-1710-CA-01 (the "State Court Action") to the United States District Court for the Southern District of Florida.  The Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, is within the Southern District of Florida and within this division.  In support, the Defendants state as follows:

1.       Plaintiffs, Legacy Aviation Group, LLC ("Legacy") and Pinnacle Management Group LLC ("Pinnacle") (collectively, the "Plaintiffs") filed their Complaint against Defendants for Declaratory Relief (the "Complaint") on or about February 1, 2023, in the State Court Action.

2.       On or about February 28, 2023, Defendants, who reside in the Dominican Republic, received notice of the Complaint and Summons in the State Court Action through a Bailiff situated

in the Dominican Republic.[1]  Accordingly, this Notice of Removal is timely within 30 days of service.  *See* 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1441(a), any civil action brought in a state court may be removed to the appropriate federal district court where the federal court has original jurisdiction over the action.  This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1332 because this is a civil action in which in the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4.      Plaintiff Legacy is a citizen of the State of Wyoming.  *See* Complaint at ¶2.  Plaintiff Pinnacle is a citizen of the State of Delaware.  *Id.* at ¶3.  Defendants are Ukrainian nationals residing in the Dominican Republic.  *Id.* at ¶4.

5.      Accordingly, there is complete diversity of citizenship between all Plaintiffs and Defendants.  "Defendants may remove an action on the basis of diversity off citizenship if there is complete diversity between all named plaintiffs and all named defendants, and no defendant is a citizen of the forum State."  *Lincoln Prop Co. v. Roche,*  546 U.S. 81, 84 (2005).

6.      Plaintiffs' Complaint in the State Court Action is an action seeking declaratory judgment with respect to the determination of the rights and disposition of approximately $228,000.00, currently being held in trust by Plaintiffs' counsel.  *See* Compl., ¶1.

7.      "The value of injunctive or declaratory relief for amount in controversy purposes is the monetary value of the object of the litigation that would flow to the plaintiffs if the injunction were granted."  *Leonard v. Enterprise Rent a Car,* 279 F. 3d 967, 973 (11th Cir. 2002); *see also*

---

[1] Defendants dispute the validity of whether said notice constituted valid service of process and reserve all rights associated with challenging same.  Nevertheless, the instant filing is being made in an abundance of caution in an abundance of caution to comply with the time limits set forth by 28 U.S.C. § 1446(b).

*Ericsson GE Mobile Communications, Inc. v. Motorola Communications & Elec., Inc.,* 120 F. 3d 216, 218 (11th Cir. 1997). The amount in controversy is "the value of the relief being sought by Plaintiff in its complaint." *Viacom, Inc. v. Zebe,* 882 F. Supp. 1063, 1065 (S.D. Fla. 1995).

8.     Thus, as there is complete diversity of citizenship amongst the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs, the District Court, pursuant to 28 U.S.C. § 1332(a), has original jurisdiction over this matter.

9.     The Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dae County, Florida, is located within the Southern District of Florida and within this division. As such, venue is proper in the Southern District of Florida, Miami Division.

10.     In accordance with 28 U.S.C. §1446(a), the Defendants have contemporaneously filed copies of all process, pleadings and orders served on Defendants in the State Court Action. Copies of these documents are attached hereto as **Composite Exhibit "1."**

11.     In accordance with 28 U.S.C. § 1446(d), the Defendants have contemporaneously filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida. A true and correct copy of the Notice of Filing Notice of Removal filed with the State Court is attached hereto as **Exhibit "2."**

12.     The Defendants have also served a copy of this Notice of Removal upon the Plaintiffs and all counsel of record. A true and correct copy of the Notice to Plaintiffs is attached hereto as **Exhibit "3."**

13.     Defendants expressly reserve the right to state additional grounds for removal and to provide such additional evidence as may be required to support the grounds asserted in this Notice of Removal.

WHEREFORE, Defendants, Skrypay and Platonova, respectfully request that the State Court Action be removed from the Eleventh Judicial Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Defendants*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By: */s/David H. Haft*
David H. Haft
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com