

Legacy Aviation Group
11835 West Olympic Boulevard
Suite 1235
Los Angeles, California 90064

Stanislav Skrypay / Alina Platonova
Ukraine
Kharkov city
Potebny street 6,ap 23
Post code 61002

**VIA EMAIL:**   skripay2004@mail.ru

### Re: Side Letter – Legacy Aviation Group Jet Card Acquisition Agreement

Dear Mr. Skrypay:

This letter is entered into by and between Legacy Aviation Group ("Legacy") and Sanislav Skrypay and Alina Platonova (collectively, "You" or "Customer") in consideration of Customer's agreement to enter into, execute, and abide by the terms of the Legacy Aviation Group Acquisition Agreement (the "Program Agreement"), and hereby evidences the terms of certain additional understandings set forth herein by and between Legacy and Customer regarding Customer's membership in the Legacy's jet card program (the "Program"). Capitalized terms used herein and not otherwise defined shall have the meaning set forth in the Program Agreement.

1.  If Customer executes this letter agreement and executes and funds the Program Agreement, the following terms shall apply to Customer's participation in the Program:

    1.1 "Customer Deposit" is amended to include the option of a refund, less transactional fees and costs associated with the Customer Deposit and the refund, in the even that Customer does not use any of the Committed Hours by or before December 6, 2022;

    1.2 Customer's notice address for purposes of Section 6.11 is as follows:

    Customer:   Stanislav Skrypay / Alina Platonova
                Ukraine
                Kharkov city
                Potebny street 6,ap 23
                Post code 61002
                Email: skripay2004@mail.ru



2.  Each of parties to this letter agreement represents and warrants that they have all necessary authority to enter into this letter agreement and that the person executing this



letter agreement on behalf of each such party is authorized to execute this letter agreement.

3. The parties agree to keep this letter agreement and its contents confidential and to treat this letter agreement as confidential.

4. Any provision of the Program Agreement not expressly modified by this letter agreement shall apply as stated therein.

5. This letter agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this letter agreement delivered means electronic transmission shall be deemed to have the same legal effect as a delivery of an original signed copy of this letter agreement. Furthermore, each signatory hereto agrees that electronic signatures of such signatory included in this Amendment are intended to authenticate this writing and to have the same force and effect as manual signatures. If you are in agreement with the provisions set forth herein, please execute and return a copy of this letter agreement along with Customer's executed copy of the Program Agreement.

Regards,

LEGACY AVIATION GROUP

By: _____

Name: Andrew Brown

Its: Authorized Signature

Accepted and Agreed as of
the date first set forth above

Customer:

| STANISLAV SKRPAY | ALINA PLATONOVA |
|---|---|
| By: _____ | By: _____ |
| Name: Stanislav Skrypay | Name: Alina Platonova |
| Individual | Individual |

2