UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

|  |  |
|---|---|
| LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, <br><br>   Plaintiffs, <br><br> v. <br><br> STANISLAV SKRYPAY and ALINA PLATONOVA, <br><br>   Defendants. | ) ) ) ) ) ) CASE NO. 1:23-cv-21199-KMM ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF ENTRY OF PARTIES LISTED**

Plaintiffs, LEGACY AVIATION GROUP, LLC ("LEGACY") and PINNACLE MANAGEMENT GROUP, LLC ("PINNACLE"), file this, their Notice of Entry of Parties requesting the addition of PRIVATBANK as a Defendant in this case.

DATED this 31st day of May, 2023.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Boulevard, Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
Ralfriedman@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I have electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Fla. Bar No.: 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
Ralfriedman@hotmail.com