# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STANISLAV SKRYPAY, ALINA PLATONOVA and PRIVATBANK, <br><br> Defendants. | CASE NO. 1:23-cv-21199-KMM |

PLEASE TAKE NOTE that undersigned counsel for Plaintiffs, LEGACY AVIATION GROUP, LLC and PINNACLE MANAGEMENT GROUP, LLC, will be unavailable from June 10, 2023 through and including June 25, 2023. In connection therewith, the undersigned counsel requests that no motions, hearings or trials be set during that time frame and moves for a continuance if any are so set. The undersigned also requests that no depositions be set during that time frame and moves for a protective order if any are set.

DATED this 6th day of June, 2023.

> By: s/ Allison L. Friedman
> ALLISON L. FRIEDMAN, ESQ.
> ALLISON L. FRIEDMAN, P.A.
> 20533 Biscayne Boulevard, Suite 4-435
> Aventura, Florida 33180
> (305) 905-2679 (Telephone)
> (305) 692-9387 (Facsimile)
> Ralfriedman@hotmail.com

Case No.: 1:23-cv-21199-KMM

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023, all counsel of record were served via the CMF filing system.

> By: s/ Allison L. Friedman
> ALLISON L. FRIEDMAN, ESQ.
> Fla. Bar No.: 0055336
> ALLISON L. FRIEDMAN, P.A.
> 20533 Biscayne Blvd., Suite 4-435
> Aventura, Florida 33180
> (305) 905-2679 (Telephone)
> (305) 692-9387 (Facsimile)
> Ralfriedman@hotmail.com

Case No.: 1:23-cv-21199-KMM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2023, I have electronically filed the foregoing document with the clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: s/ Allison L. Friedman
ALLISON L. FRIEDMAN, ESQ.
Fla. Bar No.: 0055336
ALLISON L. FRIEDMAN, P.A.
20533 Biscayne Blvd., Suite 4-435
Aventura, Florida 33180
(305) 905-2679 (Telephone)
(305) 692-9387 (Facsimile)
Ralfriedman@hotmail.com